[No. 10463-2-I.  Division One.  December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY
EARL COLEMAN, *Appellant.*

*In the Matter of the Personal Restraint of*
TERRY EARL COLEMAN, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-00844-3, Gary M. Little, J., entered June
17, 1981, together with a petition for relief from personal
restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Andersen, C.J., concurred in by
Swanson and Williams, JJ.

[No. 10422-5-I.  Division One.  December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MITCHEL
EDWIN STROY, *Appellant.*

*In the Matter of the Personal Restraint of*
MITCHEL EDWIN STROY, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-00451-9, H. Joseph Coleman, J., entered
June 3, 1981, together with a petition for relief from per-
sonal restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Andersen, C.J., concurred in by
Williams and Corbett, JJ.

[No. 10256-7-I.  Division One.  December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
LEE SINGLETON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80-1-00517-5, Thomas G. McCrea, J.,
entered April 16, 1981. *Affirmed* by unpublished opinion
per Andersen, C.J., concurred in by Swanson and Corbett,
JJ.